IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS FABIAN RAMIREZ-CAMPOS, <br><br> Defendant. | **8:14CR22** <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED that a judgment of dismissal is entered on the defendant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

Dated this 21st day of July, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge